FILED'05 DEC 22 08:26USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| DEBRA A. NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | CV 04-1143-ST |
| | ) | |
| v. | ) | **ORDER ADOPTING FINDINGS** |
| | ) | **AND RECOMMENDATION** |
| COMMISSIONER OF THE SOCIAL | ) | |
| SECURITY ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |

Magistrate Janice M. Stewart filed her Findings and Recommendations (docket #16) on November 28, 2005. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the record *de novo* review, though I must still review the legal principles *de novo*. Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

I find no error. Accordingly, I adopt the Magistrate Judge's Findings & Recommendation. Pursuant to Local Rule 41.2,

1 - ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

this case is dismissed without prejudice.

DATED this 21 day of December, 2005.

*(signed)*
OWEN M. PANNER
United States District Judge